

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| RICKY NATHANIEL WASHINGTON, | § | No. 08-20-00150-CR |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 27th District Court |
| THE STATE OF TEXAS, | § | of Bell County, Texas[1] |
| Appellee. | § | (TC# 76481) |

## <u>MEMORANDUM OPINION</u>

Appellant Ricky Nathaniel Washington has filed a motion to voluntarily dismiss this appeal. *See* TEX.R.APP.P. 42.2(a) (governing voluntary dismissals in criminal cases). The motion is granted. This appeal is dismissed.

JEFF ALLEY, Chief Justice

September 30, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)

---

[1] We hear this case on transfer from the Third Court of Appeals in Austin. *See* TEX.R.APP.P. 41.3.